UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

CHARLES JOE KESTER,                          )
                                             )
                Plaintiff,                   )
                                             )
        v.                                   )    Case No. 1:25-cv-00216-SNLJ
                                             )
CALIFORNIA CHILD SUPPORT                     )
SERVICES, et al.,                            )
                                             )
                Defendants.                  )

## MEMORANDUM AND ORDER

This matter is before the Court upon review of self-represented Plaintiff Charles Joe Kester's application to proceed without prepaying fees or costs. ECF No. 4. The application will be denied as moot as the filing fee has already been paid. Further, the complaint is defective because it has not been drafted on a Court form. *See* E.D. Mo. Local Rule 2.06(A) ("All actions brought by self-represented plaintiffs or petitioners should be filed on Court-provided forms").

Because Plaintiff is proceeding without counsel, the Court will allow him the opportunity to file an amended complaint on Court-provided forms. Plaintiff has **thirty (30) days** from the date of this Order to file an amended complaint on the Court-provided forms.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk is directed to mail Plaintiff a copy of the Court's Civil Complaint form.

**IT IS FURTHER ORDERED** that Plaintiff must file an amended complaint on the Court's form within **thirty (30) days** of the date of this Order. Plaintiff is advised that his amended complaint will take the place of his original filing and will be the only pleading that this Court will review.

**If Plaintiff fails to comply with this Order, the Court may dismiss this action without prejudice and without further notice.**

**SO ORDERED** this 26th day of March, 2026.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE

2